**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,<br><br>   Plaintiffs,<br><br>  v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

  Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No earlier than June 10, 2020 |
| Date of Expiration of Patent: | December 8, 2029 (9,242,986)<br>January 24, 2031 (10,426,780) |
| Thirty Month Stay Deadline: | No earlier than December 10, 2022 |

Dated:  July 22, 2020                          MCCARTER & ENGLISH, LLP

                                               /s/ Daniel M. Silver
                                               Michael P. Kelly (#2295)
                                               Daniel M. Silver (#4758)
                                               Alexandra M. Joyce (#6423)
OF COUNSEL:                                    Renaissance Centre
                                               405 N. King Street, 8th Floor
                                               Wilmington, Delaware 19801
Lisa B. Pensabene, Esq.                        (302) 984-6300
Daniel O'Boyle, Esq.                           mkelly@mccarter.com
Carolyn Wall, Esq.                             dsilver@mccarter.com
Caitlin Hogan, Esq.                            ajoyce@mccarter.com
O'MELVENY & MYERS LLP
7 Times Square                                 *Attorneys for Plaintiffs,*
New York, New York 10036                       *ViiV Healthcare Company, Shionogi & Co., Ltd.,*
(212) 326-2000                                 *and ViiV Healthcare UK (No. 3) Limited*

2