IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 20-977-MSG |
| v. | ) ) | |
| CIPLA LIMITED and CIPLA USA, INC., | ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT AND**
**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, the parties have engaged in settlement negotiations and have reached an agreement in principle to resolve this action, which has been reduced to writing;

WHEREAS, the parties are in the process of gathering signatures to the written agreement; and

WHEREAS, the parties agree that this action should be stayed for fourteen (14) days to permit the parties to finish gathering signatures and to file an appropriate notice with the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that (a) this action will be STAYED for a period of fourteen (14) days from the date of the submission of this stipulation; and (b) if the parties have not finished gathering signatures on their settlement agreement by the time the 14-day stay expires, the parties shall jointly submit a status report with the Court.

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| /s/ Alexandra M. Joyce | /s/ Eve H. Ormerod |
| Daniel M. Silver (#4758) | Neal C. Belgam (#2721) |
| Alexandra M. Joyce (#5528) | Eve H. Ormerod (#5369) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | eormerod@skjlaw.com |
| ajoyce@mccarter.com | |
| | Stuart Sender |
| Of Counsel: | Andrew J. Miller |
| | WINDELS MARX LANE & |
| Lisa B. Pensabene | MITTENDORF, LLP |
| Daniel O'Boyle | One Giralda Farms |
| Carolyn Wall | Madison, NJ 07940 |
| Caitlin Hogan | ssender@windelsmarx.com |
| O'MELVENY & MYERS LLP | amiller@windelsmarx.com |
| 7 Times Square | |
| New York, NY 10036 | *Attorneys for Defendants* |
| (212) 326-2000 | |
| *Attorneys for Plaintiffs* | |

IT IS SO ORDERED this 28th day of February, 2023.

                                              */s/ Mitchell S. Goldberg*
                                              **Mitchell S. Goldberg, J.**